AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida

| | |
|---|---|
| NORMA O. GAZONNI | ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) ) |
| TUMI USA, LLC., a foreign limited liability company | ) ) ) ) ) |
| *Defendant(s)* | ) |

Civil Action No.   1:26-cv-25207-JEM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  TUMI USA LLC
c/o Registered Agent:
 ICONNECT SOLUTIONS CORP
6735 CONROY ROAD, STE 309
ORLANDO, FL 32835

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Brasil & Brasil, P.A.
Lorena Brasil, Esq.
500 E. Broward Blvd. Suite 900
Fort Lauderdale, Florida 33394
Tel: 954-848-2929

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:   Aug 3, 2026

*s/ K. Rivers*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court